# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

STANLEY PAUL SMITH, )
)
        Plaintiff, )
)
        v. ) No. 07-4186-CV-C-SOW
)
DR. DOISEY, et al., )
)
        Defendants. )

## ORDER

On January 9, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including plaintiff's exceptions and numerous supplemental pleadings, including motions to amend, to add recent events, to procure copies, and to modify filing dates on the docket sheet. The issues raised in plaintiff's pleadings were adequately addressed in the report and recommendation. Further, to the extent plaintiff's supplements seek to add new claims, such claims provide no basis for plaintiff's complaint to proceed. Plaintiff's exceptions and supplements continue with frivolous, malicious and fanciful claims, as well as an ongoing use of derogatory language and insinuated threats against the court and numerous governmental officials. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 9, 2008, is adopted. [17] It is further

ORDERED that plaintiff's motion for leave to proceed in forma pauperis is denied. [8] It is further

ORDERED that plaintiff's claims seeking release from Fulton State Hospital because he is being illegally detained are dismissed, without prejudice. It is further

ORDERED that plaintiff's remaining claims are dismissed, pursuant to 28 U.S.C. § 1915, as frivolous and malicious. It is further

ORDERED that plaintiff's motions for injunctive relief and numerous supplemental motions are denied. [2, 5, 13, 14, 15, 24, 25, 26, 27, 28]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: March 5, 2008